## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew Zone, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### Affiant's Background and Qualifications

1. I am a member of the Cleveland Division of Police Narcotics Unit and a Task Force Officer (hereinafter referred to as TFO) with the Cleveland Federal Bureau of Investigation (hereinafter referred to as FBI). Affiant states that he has been a member of the Cleveland Division of Police since December 2015. Your Affiant is currently assigned to the Cartel, Gang, Narcotics, and Laundering Task Force (hereinafter referred to as CGNL). CGNL is a Cleveland area, multi-agency federal, state, and local law enforcement entity. Your Affiant has received field training in drug related investigative techniques, which include, but are not limited to, surveillance, interview and interrogation techniques, informant recruitment and control, search warrant and case preparation and has previously participated in TIII wiretap investigations. Your Affiant has participated in several undercover operations involving various drug trafficking targets. Prior to this assignment, your Affiant was assigned as a Detective to the Gang Impact Unit for approximately 4 years. Prior to that, your Affiant was assigned as a Detective to the Cleveland Division of Police 4th District Vice Unit, conducting street-level narcotics investigations. In these roles, your Affiant has participated in the investigations of thousands of individuals for violations of the Laws of the State of Ohio, including numerous felony cases as well as drug investigations. These crimes were prosecuted in both state and federal court. As a Detective in the Narcotics Unit and TFO with CGNL, your Affiant has participated in and conducted investigations involving narcotics activities and activities involving other illicit, non-narcotic controlled substances. These investigations have resulted in arrests of individuals who have manufactured, smuggled, received, and distributed controlled substances, including heroin, fentanyl, methamphetamine, cocaine,

and marijuana, as well as the seizure of controlled substances and the proceeds of the sale of those controlled substances. In addition, Affiant has conducted investigations concerning the concealment of narcotics and other proceeds, including assets, monies, bank records, and the identification of co-conspirators through the use of drug ledgers, phone records, bills, photographs, and financial records.

2. Your Affiant knows that the success of professional DTO's depends upon maintaining extensive contacts throughout the country. Specifically, individuals involved in drug trafficking must maintain contact with drug suppliers, drug couriers, drug customers, and others involved in the supply, transportation, distribution, sales, and marketing of controlled substances. It is essential that members of DTO's maintain contact with one another and use expedient means of communication. To do this, continued access to telephone communication, including text messaging communication, is necessary. The use of telephone and text messaging communication is essential in maintaining timely long-distance and local contacts with the original suppliers and those down the organizational chain, to include local traffickers. Your Affiant knows that those involved in illegal drug operations often list their telephones and cellular telephones in the names of others or purchase pre-paid cellular telephones that do not require any proof of identification, in order to conceal their identities and illegal purposes. It is likewise essential that such organized groups meet to formulate plans concerning narcotics or other illegal activities and to divide their illegal proceeds. Through training and experience, your Affiant knows that members of a DTO utilize cellular telephones, to include the push-to-talk, direct connect feature, and text messaging, in order to arrange such meetings.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

4. This Affidavit is offered in support of a Criminal Complaint against Defendant

RICARDO WILLIAMS for the following violation of federal law occurring on or about November 25, 2025, in the Northern District of Ohio, Cleveland, Ohio, and Cuyahoga County, namely: Possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and (b)(1)(C).

## PROBABLE CAUSE

5. The Federal Bureau of Investigation (FBI), members of CGNL, including your Affiant, have been investigating the drug trafficking activities of RICARDO WILLIAMS since June 2025. As part of the investigation, investigators identified **3\*\*0 W. 44th St., Cleveland, Ohio**[1], to be the home of RICARDO WILLIAMS.

6. On November 24, 2025, investigators obtained a search warrant, from U.S. Magistrate Judge Reuben J. Sheperd authorizing the search of **3\*\*0 W. 44th St., Cleveland, Ohio** for evidence of violations of Title 21 U.S.C. Sections 841(a)(1) (Distribution and Possession with the Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance), 843(b) (Use of a Communications Facility to Facilitate a Felony Drug Offense); and 856(a)(1) (Using or Maintaining a Drug Premises).

7. On November 25, 2025, investigators executed the above referenced search warrant, at the home of RICARDO WILLIAMS.

8. During a systematic search of the house and vehicles investigators located numerous items utilized in the drug trafficking trade. Present during the search were RICARDO WILLIAMS, his significant other A.W., and their minor child. The recovered items, during the execution of the search warrant include over 1,500 suspected narcotic pills packaged in small amounts of mixed and unmixed variety in plastic bags for individual sale, mixed and unmixed pills

---

[1] The full address for WILLIAMS's residence is redacted for the purpose of this affidavit.

in labeled and unlabeled prescription bottles and sealed prescription bottles without personal information. Through training and experience with prescription and counterfeit prescription pill sales CGNL investigators identified the most common pills as Oxycodone, a schedule II narcotic and Xanax, a schedule IV narcotic, based on the markings on the pills. Additionally, investigators found various unidentified pills, suspected Ecstasy pills, Psilocybin (mushrooms), and suspected Heroin and/or fentanyl, were also seized.

9. Investigators recovered the above listed narcotics in over twenty small bags containing a mixed variety of pills and at least forty-five pill bottles, some with the patient's personal information, some with a prescription pill name that did not match the contents and others with all labeling removed.

10. In addition to the narcotic pills, multiple tools utilized in the drug trafficking trade were recovered such as four scales with suspected drug residue[2], found in plain view kitchen, basement and living room hallway. In the basement, investigators found drug packaging material (to include sandwich bags, and lottery ticket roll)[3], and a money counter. Strewn throughout the house investigators found approximately $11,003 in suspected drug proceeds.

11. During the execution of the search warrant, investigators found six firearms and various firearms magazines and ammunition throughout the house. In the hallway closet, investigators found a GSG, .22 caliber pistol, loaded with ammunition. In the kitchen, investigators found a Glock 32, .40 caliber pistol, loaded with ammunition, two Smith & Wesson, Bodyguard, .380 caliber pistols (one loaded and one unloaded), and a Glock, Model 43, 9mm pistol, loaded with ammunition. In the basement, investigators found a North American Arms, .22 magnum, revolver,

---

[2] Affiant knows in his training and experience that drugs are commonly sold by weight, and persons engaged in drug trafficking often employ similar scales to weigh sellable quantities of drugs.

[3] Affiant knows in his training and experience, that sandwich bags and lottery tickets are commonly used to package sellable quantities of drugs in the Northern District of Ohio.

4

loaded with ammunition, in plain view.

12. Based on affiant's training and experience, the manner and appearance of the seized drugs was consistent with distribution as opposed to personal use. Affiant knows in his training and experience that oxycodone is a Schedule II controlled substance.

13. In this search warrant, most of the pills were located in the kitchen within arm's length of at least four of the firearms. Affiant knows in his training and experience that persons engaged in drug trafficking often possess firearms to protect themselves, supply of drugs and proceeds in the dangerous activity of street drug sales.

14. The below photo shows items recovered during the search of WILLIAMS's home discussed herein:



15. All seized suspected narcotics will be submitted to the Cuyahoga County Regional Forensics laboratory for testing.

## CONCLUSION

16. Based on the foregoing, Your Affiant believes that there is probable cause to

5

believe that on or about November 25, 2025, in the Northern District of Ohio, in Cleveland, Ohio, Cuyahoga County, RICARDO WILLIAMS committed the violations of: Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and (b)(1)(C). Therefore, Affiant requests authorization for the attached Complaint and Arrest Warrant for RICARDO WILLIAMS.

Respectfully submitted,

_____
Matthew Zone
Task Force Officer
Federal Bureau of Investigation

Sworn to via telephone or other reliable electronic means after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

11/25/2025



James E. Grimes Jr., United States Magistrate Judge